**United States District Court**
For the Northern District of California

| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

JON HENRY,

       Plaintiff,                            No. C 12-5818 PJH

       v.                                 **ORDER RE CHAMBERS COPIES**

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

       Defendant.

_____/

       PLEASE TAKE NOTICE that the chambers copies of the declaration of Delia A. Isvoranu (Dkt. 25-1), defendant's request for judicial notice (Dkt. 25-2), the declaration of Robert Gilmore (Dkt. 25-3), the declaration of Danny Paik (Dkt. 25-4), and the declaration of Joyce Hammel (Dkt. 25-5) were submitted in a format that is not usable by the court.

       The chambers copies are not usable because they

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ have no tabs for the exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party

☐    has requested leave to file those portions under seal; or

☐    is not usable for another reason –

The paper used for the above-described chambers copies has been recycled by the court.  No later than **12:00pm** on **December 23, 2013**, defendant's counsel shall submit chambers copies in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: December 20, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge