UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JON HENRY,

    Plaintiff,

    v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

    Defendant.

No. C 12-5818 PJH

**JUDGMENT**

This action came on for hearing before the court, and the issues having been duly heard and the court having granted defendant's motion for summary judgment,

it is Ordered and Adjudged

that judgment is entered in favor of defendant Regents of the University of California, and against plaintiff Jon Henry, on the claims asserted against it.

**IT IS SO ORDERED.**

Dated: February 24, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge